**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DIVISION IN THE
SOUTHERN DISTRICT OF OHIO**

*Granted.
Karen L. Litkovitz
7/1/19*

THE CINCINNATI INSURANCE COMPANY, an )
Ohio Corporation )
)
)
Plaintiff, )
)
vs. )
)
CENTURY CONTRACTORS, INC., an Idaho )
Corporation, PACIFIC WEST CONSTRUCTION )
INC., an Idaho Corporation, PACIFIC WEST )
CONSTRUCTION, INC., d/b/a PACIFIC WEST )
CONSTRUCTION OF MONTANA, INC., )
an Idaho Corporation, ADVANTAGE )
LEASING, LLC, an Idaho Corporation, )
LYNDEN P. KUNDE, an Idaho Resident, and )
JANICE O. KUNDE, an Idaho Resident )
)
)
Defendants. )
_____ )

Case No. 1:18-cv-00180-WOB

Judge William O. Bertelsman

## JOINT MOTION TO STAY PENDING RECEIPT OF SETTLEMENT PAYMENTS

NOW COMES, Plaintiff, The Cincinnati Insurance Company ("CIC"), and Defendants,

Century Contractors, Inc., Pacific West Construction Inc., Pacific West Construction, Inc., d/b/a

Pacific West Construction of Montana, Inc., Advantage Leasing, LLC, Lynden P. Kunde, and

Janice O. Kunde ("Defendants") (CIC and Defendants shall be collectively referred to as

"Parties"), by and through their respective undersigned counsel, and for the instant Joint Motion

to Stay Pending Receipt of Settlement Payments, and state the following:

**1.** On or about June 17, 2019, CIC and the Defendants entered into a Settlement

Agreement that contemplates the Defendants paying CIC under a payment schedule, the last

payment of which is due on or before February 12, 2020.

03494366-1